# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SEGALL GORDICH, P.A.,**
Appellant,

v.

**CONRAD & SCHERER, LLP,**
Appellee.

No. 4D20-74

[February 4, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE16-5717.

Andrew Berman and Jamie Webner of Young Berman Karpf & Gonzalez, P.A., Miami, for appellant.

William R. Scherer and Janine R. McGuire of Conrad & Scherer LLP, Fort Lauderdale, and Harley S. Tropin and Gail A. McQuilkin of Kozyak Tropin & Throckmorton, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***